DOMINICK CAMBRIA, an Infant, by SALVATORE CAMBRIA, His Guardian ad Litem, and SALVATORE CAMBRIA, Respondents, v. WILLIAM J. KELLER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

ANNA HYMAN, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

LEWIS FREY, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM MCCABE, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

PAULINE WOLF ESTATE CORPORATION, Respondent, v. SAMUEL WUCKER, Appellant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

ROBERT S. LEVY, on Behalf of Himself and All Other Persons Similarly Situated, Appellant, v. PARAMOUNT PUBLIX CORPORATION, THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Individually and as Trustee, etc., and Others, Respondents, and Others, Defendants. (Appeals Nos. 1, 2 and 3.) — Judgments, and orders entered respectively on March 18, 1935, and June 18, 1935, unanimously affirmed, with costs to the respondents Columbia Broadcasting System, Inc., and William S. Paley. Order entered March 28, 1935, unanimously affirmed, with twenty dollars costs and disbursements to the respondent The Chase National Bank of the City of New York, individually, etc. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

BEE LINE, INC., Respondent, v. THE CITY OF NEW YORK, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of a copy of the order with notice of entry thereof upon payment of said costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

MILDRED KRONENBLATT, Appellant, v. MORTON W. SELIGMAN and AARON B. CALVIN, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

ELIZA RAMBERT, as Administratrix, etc., of FRANK GRANT, Deceased, Appellant, v. MERIDIAN SECURITIES CORPORATION, Respondent.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there was proof sufficient to establish *prima facie* constructive notice of the alleged defect. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of MARY SULLIVAN, Guardian ad Litem for TIMOTHY J. SULLIVAN, an Incompetent, Petitioner, for an Order against THE BOARD OF ESTIMATE OF THE CITY OF NEW YORK, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.